# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Cherry Reaves**,** **)** | | JUDGMENT IN CASE |
| **)** | | |
| Plaintiff(s), **)** | | 3:13-cv-00632-MOC-DSC |
| **)** | | |
| vs. **)** | | |
| **)** | | |
| Charlotte Housing Authority **et al,** **)** | | |
| Defendant(s). **)** | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 18, 2013 Order.

December 18, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court